RECEIVED
OCT 1 9 2000
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

RECEIVED
UNITED STATES MARSHAL
'00 DEC 28 A9:10
NORTHERN DISTRICT
OF CALIFORNIA

Filed
OCT 2 3 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTEREY VENUE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By M Russell
Deputy Clerk
Date 12/27/00

IN RE: MISCELLANEOUS       )
CRIMINAL CITATIONS, COMPLAINTS, )    [PROPOSED] ORDER
AND INFORMATIONS           )
                           )
                           )
                           )

GOOD CAUSE appearing therefor, in that the charges contained in the Criminal Citations, Complaints, and Informations listed below are now from one to ten years old, in many cases the defendants remain fugitives with arrest warrants pending, and in the interests of justice, such that a continued prosecution would be of minimal federal interest, and upon the motion of the United States with the concurrence of the United States Marshal, pursuant to Federal Rules of Criminal Procedure, Rule 48(a),

IT IS HEREBY ORDERED THAT the following Criminal Citations, Complaints, Informations, and accompanying Arrest Warrants, are dismissed.

| CRIMINAL NUMBER | DEFENDANT |
|---|---|
| 7-99-009-WLG | JEFFREY MALLETT |
| 7-92-177 | HENRY E. BURNEY |
| 7-92-195 | CARLOS LUISE FLOTTE |
| CR-93-20073-MAG | TAE SUNG YOO |

| CRIMINAL NUMBER | DEFENDANT |
|---|---|
| 7-98-069-WLG | MURPHY ANDERSON |
| 7-99-060-WLG | DEAN R. POLLOCK |
| 7-99-035-WLG | KATHY OBERST |
| 7-99-115-WLG | JULES ALBERTO AGUILAR |
| A024976; A024977 | MARC MILLER |
| 7-99-026-WLG | FRANCISCO REYNOSO |
| 7-98-016-WLG | JOE ORTIZ |
| 7-93-035 | JILL WHITE |
| 7-90-019 | MICHAEL ROWE |
| 7-92-022 | JOHNNY TAYLOR |
| 7-93-051 | DONALD S. SHEPARD |
| 7-98-099 7-99-013 | MIGUEL TORRES |
| 7-99-073-WLG | MARCOS MARTINEZ |
| 7-93-034 | RENE L. SMITH |
| 7-99-014-WLG | CARLOS TREVINO |
| 7-99-012-WLG | PETER HUNTER |
| 7-99-003-WLG | JOHN STAPLETON |
| CR-85-2031-MAG | ANITA FRANCISCO BORJA |
| 7-98-051-WLG | ERNEST ALLEN |
| 7-98-047-WLG | AARON BIBBENS |
| 7-99-138-WLG | MICHAEL SAID |
| 7-99-085-WLG | ARSENIO ANDRES |
| 7-98-078-WLG | RAMON PADILLA |
| 7-98-026-WLG | ANTHONY WHITEHEAD |
| 7-98-065-WLG | JAMES RIVERA |
| 7-98-010-WLG | CARLOS FORONDA, JR. |

| CRIMINAL NUMBER | DEFENDANT |
|---|---|
| 7-92-194 | SARAH R. WOLLIN |
| 7-91-063-EAI | FREDDIE KING |
| N261445; N261446 | RANDY R. JORDAN |
| 7-99-008-WLG | RUBEN RIVERA |
| 7-93-037 | JEREMY W. FORBES |
| 7-99-044-WLG | JUAN VILLAR |
| 7-99-030-WLG | ROBERTO GOMEZ |
| 7-99-112-WLG | PRIMITIVO LUNA RAMIREZ |
| 7-99-058-WLG | EDUARDO RODRIGUEZ |
| 7-99-049-WLG | DON JIMMERSON |
| 7-99-132-WLG | MATTHEW MOORE |
| 7-99-051-WLG | RONNIE KENDALL |
| 7-99-098-WLG | ABRAHAM JACKSON, JR. |
| 7-99-059-WLG | PETE ORTEGA |
| 7-99-075-WLG | CALVIN R. HARRISON |

DATED: October 23, 2000

*[signature]*
WILLIAM L. GARRETT
United States Magistrate Judge

Approved as to form: ___
AUSA: MLJ